## (May 26, 1948.)

EMIEL MARTENS et al., Doing Business as EMIEL MARTENS & SON CO., Respondents, v. GENERAL FOODS CORPORATION, Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (The order denies defendant's motion to dismiss plaintiff's complaint in an action for damages for an alleged breach of contract.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [See 274 App. Div. 851.]

JOSEPH C. BROCK, Respondent, v. FRANCIS J. PEMPSELL et al., Individually and as Partners Doing Business as PEMPSELL BROTHERS, et al., Appellants.— Judgment and order affirmed, with costs. All concur. (The judgment reverses an order of the Buffalo City Court which set aside the verdict of a jury in favor of plaintiff and dismissed the complaint, and reinstates the verdict in an action for negligence by a bailee. The order is the order of reversal and reinstatement of verdict.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

HAROLD SMITH, Appellant, v. GEORGE WALRATH, Respondent.— Judgment reversed on the facts and a new trial granted, with costs to the appellant to abide the event. Memorandum: It does not clearly appear from the record whether defendant paid plaintiff his share of the check of $197.89 for October milk; or what part of the bonus of $206.80 should be applied to the months of September and October; or whether the tax bill of $329.81 was for 1945 or 1946 taxes. In view of the lack of proof upon these items, the judgment should be reversed and a new trial granted, with costs to the appellant to abide the event. All concur. (The judgment is for defendant in an action in accounting.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

COSSETTIE E. MITCHELL, Appellant, v. WILLIAM FULTON, Respondent.— Judgment affirmed, with costs. All concur. (The judgment is for defendant for no cause of action in an automobile negligence action.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

DAVID E. TRAVENA, an Infant, by ARVO SALO, His Guardian ad Litem, Respondent, v. INTERSTATE BUSSES, INC., et al., Appellants.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in a bus line negligence action. The order denies a motion for a new trial.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

MARGARET M. TRAVENA, Respondent, v. INTERSTATE BUSSES, INC., et al., Appellants.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in a bus line negligence action. The order denies a motion for a new trial.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

EARL P. SNYDER, Doing Business as EMPIRE VENDING Co., Respondent, v. HELEN JENKINS et al., Doing Business as ANN & HELEN'S KITCHEN, Appellants. — Order affirmed, with $10 costs and disbursements. All concur. (The order affirms an order of Buffalo City Court which denied defendants' motion to dismiss plaintiff's complaint in an action to recover liquidated damages and counsel fees.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.